UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-MJ-8142-BER

UNITED STATES OF AMERICA

v.

Raul LOPEZ-PEREZ,

      Defendant

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *Gregory Schiller*

Gregory Schiller
Assistant United States Attorney
FL Bar No.   0648477
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: 561-820-8711
Email: gregory.schiller@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) Case No. 23-MJ-8142-BER |
| Raul LOPEZ-PEREZ | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 9 2023__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)(2) & (b)(1) | Illegal reentry after removal having been convicted for a felony |

FILED BY ___TM___ D.C.

Mar 13, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

US ICE ERO Officer Andy Korzen
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (FaceTime).

Date: 03/13/2023

_____
*Judge's signature*

City and state: West Palm Beach, Florida

United States Magistrate Judge Bruce E. Reinhart
*Printed name and title*

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Raul LOPEZ-PEREZ, also known as Francisco VELASCO-MORALES committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about March 9, 2023, Raul LOPEZ-PEREZ was arrested in Palm Beach County, Florida on an outstanding warrant for violation of probation in Palm Beach County case number 14CT023809AMB. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Raul LOPEZ-PEREZ is a native and citizen of Guatemala. Records further show that on or about November 12, 2011, Raul LOPEZ-PEREZ was ordered removed Mexico, as at that time he falsely

1

identified himself as Francisco VELASCO-MORALES and claimed Mexican citizenship. The Order of Removal was executed on the same day, that is on or about November 12, 2011, whereby Raul LOPEZ-PEREZ was removed from the United States and returned to Mexico.

5. On November 1, 2014, Raul LOPEZ-PEREZ was arrested for driving while under the influence and driving without a valid drivers license in Palm Beach County, case number 14CT023809AMB. He failed to appear for Court and a capias for his arrest was issued. On May 10, 2018, Raul LOPEZ-PEREZ was arrested and plead guilty to the DUI charges on May 14, 2018. He was sentenced to 12 months' probation.

6. Thereafter, Raul LOPEZ-PEREZ re-entered the United States illegally, his prior order of removal was reinstated, and on or about June 28, 2018, he was removed and returned to Mexico for the second time.

7. On March 12, 2019, and May 7, 2019, warrants were issued for Raul LOPEZ-PEREZ' arrest for his violation of probation.

8. Thereafter, Raul LOPEZ-PEREZ re-entered the United States illegally (using his alias Francisco VELASCO-MORALES). Records further show that on or about September 12, 2019, in the United States District Court, Southern District of Florida, Raul LOPEZ-PEREZ was convicted of the felony offense of illegal re-entry of a removed alien, case number 19-80130-CR-Ruiz. Prior to state officials learning, or Raul LOPEZ-PEREZ' advising, that he had violations of probation outstanding, his prior order of removal was reinstated and after true citizenship was revealed he was on or about November 12, 2019, removed for the third time and returned to Guatemala.

9. Raul LOPEZ-PEREZ's fingerprints, taken in connection with his March 9, 2023, arrest in Palm Beach County for the outstanding 2019 violation of probation warrant, were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Raul LOPEZ-PEREZ.

9. A record check was performed in the Computer Linked Application Informational Management System to determine if Raul LOPEZ-PEREZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Raul LOPEZ-PEREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

10. Based on the foregoing, I submit that probable cause exists to believe that, on or about March 9, 2023, Raul LOPEZ-PEREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of

3

Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __13__ day of March 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Raul LOPEZ-PEREZ

**Case No:** 23-MJ-8142-BER

Count #1:

Illegal reentry after removal having been convicted for a felony

8 U.S.C. § 1326(a)(2) & (b)(1)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 (mandatory minimum term of 1 years)
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.